UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 23614
    LESLIE D COKER
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-2307
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/15/08 and confirmed on 06/27/08.

2. The case was converted to Chapter 7 after confirmation, 11/20/2008.

3. The Debtor paid a total of $ 1822.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| REGIONS MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| REGIONS MORTGAGE | MORTGAGE ARRE | 189.47 | .00 | 189.47 |
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 1514.89 | .00 | 28.40 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9078.70 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| FARMERS INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| FLOOD BROTHERS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | 18805.30 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SAFEGUARD SELF STORAGE | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1704.36 | .00 | 27884.00 | .00 | 29588.36 |
| PRINCIPAL PAID | 217.87 | .00 | .00 | .00 | 217.87 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 217.87 | .00 | .00 | .00 | 217.87 |

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $ 3500.00 and was paid $ 2000.00 direct and $ 1500.00 through the plan.

The Trustee received $ 104.13 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 07 B 23614 LESLIE D COKER